**MEMO ENDORSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY RUBIN, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WEBMD HEALTH CORP., STEVEN L. ZATZ, MARTIN J. WYGOD, MARK J. ADLER, IAN G. BANWELL, NEIL F. DIMICK, JAMES V. MANNING, WILLIAM J. MARINO, JOSEPH E. SMITH, STANLEY S. TROTMAN, JR., AND KRISTIINA VUORI,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.1:17-cv-06019-JFK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-24-17

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Jeffrey Rubin ("Plaintiff") hereby gives notice ("Notice") that the above-captioned action ("Action") is voluntarily dismissed with prejudice as to the Plaintiff, but without prejudice as to all other members of the putative class in the Action.

Defendants have neither served an answer nor moved for summary judgment. As such, Plaintiff's dismissal of the Action is effective upon filing of this Notice.

Dated October 23, 2017

　　　　　　　　　　　　　　　　　　WEISSLAW LLP

　　　　　　　　　　　　　　　　By: /s/ Richard A. Acocelli
　　　　　　　　　　　　　　　　　　Richard A. Acocelli
　　　　　　　　　　　　　　　　　　1500 Broadway, 16th Floor
　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　Tel: 212-682-3025
　　　　　　　　　　　　　　　　　　Fax: 212-682-3010
　　　　　　　　　　　　　　　　　　Email: racocelli@weisslawllp.com

**SO ORDERED**

Dated: New York, New York
October 24, 2017

1

/s/ John F. Keenan
U.S.D.J.